Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

14CV0178A

# FORM TO BE USED IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

UNITED STATES DISTRICT COURT MAR 17 2014 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY

## 1. CAPTION OF ACTION

**A. Full Name And Prisoner Number of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. John W. Harris , 13 B 0140
2. 

-VS-

**B. Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Hon. Kenneth F. Case, Judge
2. Peter J. Marche, Asst. D.A.
3. Ronald Ammerman, Police Officer
4. 
5. 
6. 

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: John W. Harris, 13 B 0140

Present Place of Confinement & Address: Mid-State Corr. Facility, P.O. Box 2500 Marcy, New York 13403

Name and Prisoner Number of Plaintiff:

Present Place of Confinement & Address:

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Hon. Kenneth F. Case, Judge

(If applicable) Official Position of Defendant: Erie County Court Judge

(If applicable) Defendant is Sued in X Individual and/or X Official Capacity

Address of Defendant: 25 Delaware, avenue, Part # 10, first floor
Buffalo, New York 14202-3903

Name of Defendant: Peter J. Marche, Asst. D.A.

(If applicable) Official Position of Defendant: Erie County District Attorney Office

(If applicable) Defendant is Sued in X Individual and/or X Official Capacity

Address of Defendant: 25 Delaware, avenue
Buffalo, New York 14202-3903

Name of Defendant: Ronald Ammerman, Buffalo Police Officer

(If applicable) Official Position of Defendant: Police Officer

(If applicable) Defendant is Sued in X Individual and/or X Official Capacity

Address of Defendant: Sub-Station, 13 Bailey avenue
Buffalo, New York 14206

---

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
Yes X No ____

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): John W. Harris

   Defendant(s): Hon. Kenneth K. Case, Judge, Peter J. Marche, Asst. D.A.
   Ronald Ammerman, Police Officer

2. Court (if federal court, name the district; if state court, name the county): Western District Court
   Buffalo, New York.

3. Docket or Index Number: 1:12-cv-01044-RJA-HKS., 1:12-cv-01170-RJA-HBS., 1:12-cv-01080-RJA-HKS.

4. Name of Judge to whom case was assigned: Honor Richard J. Arcara

5. The approximate date the action was filed: Oct 25th, 2012, Nov 1st, 2012, Nov 20th, 2012

6. What was the disposition of the case?

Is it still pending? Yes X No ___ By Law and Statute, Hon. Arcara, have not make anykind of a Decision on it.

If not, give the approximate date it was resolved. ___

Disposition (check the statements which apply):

___ Dismissed (check the box which indicates why it was dismissed):

___ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

___ By court for failure to exhaust administrative remedies;

___ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

___ By court due to your voluntary withdrawal of claim;

___ Judgment upon motion or after trial entered for

___ plaintiff

___ defendant.

**B.** Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

Yes X No ___

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

Plaintiff(s): John W. Harris

Defendant(s): Hon. Kenneth F. Case, Judge, Peter J. Marche, Asst. D.A., Ronald Ammerman, Police Officer

2. District Court: Northern District Court

3. Docket Number: 6:13-cv-01491-TJM-ATB.

4. Name of District or Magistrate Judge to whom case was assigned: Hon. Thomas J. McAvoy

5. The approximate date the action was filed: December 5th, 2013

6. What was the disposition of the case?

Is it still pending? Yes X No ___ No Decision have been make

If not, give the approximate date it was resolved. ___

Disposition (check the statements which apply):

____ Dismissed (check the box which indicates why it was dismissed):

____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

____ By court for failure to exhaust administrative remedies;

____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

____ By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

____ plaintiff

____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- (Due Process)
- (Equal Protection)
- Access to the Courts
- (False Arrest)
- Excessive Force
- (Failure to Protect)
- (Search & Seizure)
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

" **NEW CAUSE OF ACTION** "

**FIRST CLAIM**

On or about, November 21st, 2011, the above-named-Plaintiff, at a term of the Erie County Grand Jury Proceeding upon the Criminal Charge (s) of Criminal Possession of a weapon in the second degree two (2) count (s) was taken to the Grand Jury, for the **(PURPOSE)** of having an **"TRUE-BILL" (Indictment)** to be handed-up against said above-Named-Plaintiff.

Upon said proceeding the above-named-defendant a **Buffalo Police Officer,** People first witness to take the witness-stand cause himself to **Lie (Perjury)** himself to the Grand Jury, in doing so did cause **Malintent.**

**Question,** was ask by the above-named-defendant **Asst. D.A. Q. I'm going to show you what's been marked Grand Jury Exhibit #1, do you recognize that ?, page #6. of the Grand Jury Proceeding, enclosed as Exhibit #A:**

**A. Yes, that is John Harris, whose brith date is 7/27/1949, I FOUND THAT OUT BECAUSE HE HAD A PREVIOUS CONVICTION FOR A GUN, Exhibit #A, page #6.**

**Q. I'll instruct you, the Previous Record of the Defendant in this case is relevant as it Relates to one of the charges, Exhibit #A, page #6 and #7.**

In so doing the **Asst. D.A.,** did in **Fact, Misleading** the Grand Jury member's into believing that the above-named-Plaintiff, have been **"Previous Convicted for a Gun".** The **Asst. D.A.,** with the know-ledge and **Under a Duty must present the Evidence** without making **Prejudicial Statement or Misleading the Grand Jury.**

Both of the above-named-defendant, the **Officer,** and the **Asst. D.A.,** had review as well having a copy of the Plaintiff, **N.Y.S. Criminal History Information,** dated: August 8th, 2011, before taking the case to the Erie County Grand Jury, whereas it is stated as

follow: **Total Conviction: FIREARM "O", None.** enclosed **Exhibit #B,** upon having this information on hand as well within hand, both above-named-defendant, did **Willingfully, Knowingly, Injury, Injustice violated** the above-named-Plaintiff, **Civil Rights, Constitutional, Statutory.**

**The Constitutional basis for this claim under 42 U.S.C.1983,is:** In violation of Plaintiff, amend's **#5, #8, #13, and #14th.**

**The relief Iam seeking for this claim is:** For the above-named-defendant, each to pay the Plaintiff, the sum of $20 Million dollars, for **Pain, Suffering, Punitive Damages, Deprives of Legal Rights.**

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? **No.**

Did you appeal that decision? **No.**

If you did not exhaust your administrative remedies, state why you did not do so: This claim is dealing with violation's, of **Civil Rights, Constitutional and Statutory.**

## SECOND CLAIM

On or about, August **1st, 14th, and 29th, 2012, Erie County Supreme Court Judge, Kenneth F. Case, C.C.J.**

On or about, August 1st, 2012, Plaintiff's, Attorney submitted an New Motion to Dismiss the Indictment on the ground of it being **"Defected", "Tainted", "Prejudice", FOUND ON FALSE TESTIMONY, Statement.** The above-named-defendant, had **Refuse To Up-Hold-Justice, and To See That It Was "DONE", after taking the "OATH" To Do So.**

On or about, August 1st, 2012, the **Issue/Argument,** was raise to dismiss the **"Tainted Indictment,** under the **Fact** that the

**Police Officer, Lie and Perjury Himself** at the Grand Jury Proceeding held November 21st, 2011. Plaintiff, and his Attorney was given a **Reserve decision** come back on August 14th, 2012.

On or about, August 7nd, Plaintiff, mail-out a copy of the **Grand Jury minutes, page #6, and #7,** also a copy of the **N.Y.S. Criminal History Information,** with the **Cover-Letter.** In this way the above-named-defendant, could **Reach** his decision that much **Easily** to dismiss the **"Tainted Indictment".** Enclosed **Exhibit #A and #B.**

Also find enclosed a copy of the **Cover-Letter,** dated: August 7nd, 2012, and Notary to the above-named-defendant, **Exhibit #C.**

On or about, August 14th, 2012, once again Plaintiff and his Attorney was given a **Reserve decision** come back on August 29th, 2012.

On or about, August 29th, 2012, Plaintiff and his, Attorney received another **Reserve decision** that we would receive the above-named-defendant, decision within or around 24 hours. Also aday was set to start picking a Jury for Trial, November 26th, 2012.

On or about, November 26th, 2012, the start of the Jury Trial did start, but Plaintiff, did **Refuse** to **Participate** in a **Trial** that was **Illegal** and within violation of the Plaintiff, **DUE-PROCESS OF Laws, #5, and #14th amend's.** Also the **Fact** that the **Trial Court** did not have the **"JURISDICTION"** to hold a **Trial** against the PLaintiff.

On or about, November 27nd, 2012, the People witness the above-named-defendant, **Police Officer,** took the witness-stand and took the **OATH** to tell the **Truth** Once again as he did infornt of the Grand Jury Proceeding, November 21st, 2011, and did **Lie and Perjury himself.**

**Question,** to him from the defense Attorney, **page #269, Trial minutess.**

Q. All right. Do you recall telling the Grand Jury in your answer which appears at the bottom of page #6: Yes, that is John Harris whose brithday is 7-27-49. I FOUND THAT OUT BECAUSE HE HAD A PREVIOUS CONVICTION FOR A GUN, unquote ?

A. Yes, sir. I do recall saying that and now know that that is not completely the case. I ran his FRAP. I did know his brith date from running his FRAP. I knew that he had been arrested for assault first and second. and I believe through our conversations he led me to believe it was a gun, and it's my understanding now that it was stabbing.

Q. Is it "FAIR" to say you made a "FALSE STATEMENT" to the Grand Jury ?

A. It's "FAIR" to say that I made an Incorrect Statement, By no means was it done with any malintent. enclosed **Exhibit #D, page 269, Trial minutes,** November 27nd, 2012.

**WHO EVER HEARD OF A "FAIR LIE ?, A lie is a Lie no matter the subject, and it isn't "FAIR".**

Also before the People witness took the witness-stand, defense Attorney, did ask and state to the Court that he and his client still stand on the **Issue and Argument** that the **Tainted Indictment to be dismiss.**

On or about, September 9th, 2013, upon the sentencing day Plaintiff, did argue his Pro se **Motion C.P.L 330.30, To set aside the verdict,** and the Court not having the **"JURISDICTION",** to have held anykind of a **Trial** against the Plaintiff, under the **Tainted Indictment no: 01761-2011.** But as this Honorable Court can see Plaintiff is **Illegal Confine** since August 8th, 2011.

**The Constitutional basis for this claim under 42 U.S.C.1983,is:** In violatin of Plaintiff, amend's **#5, #8, #13,and #14th.**

**The relief Iam seeking for this claim is:** For the above-named-

defendant, all of them to pay to the Plaintiff, the sum of $20 Million dollars, for the **Pain, Suffering, Punitive Damages, Deprives of Legal Rights.**

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? **No.**

Did you appeal that decision? **No.**

If you did not exhaust your administrative remedies, state why you did not do so: This claim is dealing with violation's, of **Civil Rights, Constitutional and Statutory.**

**Relief Sought**

First and wherefore the **THREE (3)** above-named-defendant (s) are **Not Entitled to Immunity when Acting Inconcert to Corruption and Conspiracy to Deprive A Person of Rights that are Guarantee by the Constitutional or Statutory.**

**Even President Richard M. Nixon, wasn't above the LAWS of this Great Nation.**

For the **Illegal Indictment** to be dismiss, and Plaintiff release from this **Illegal Incarceration** so to return home to Love-one's. For all charge (s) within the allege crime to be remove from the Plaintiff, State and Federal Criminal Records.

**For all of the above to be Granted in the Interest of Justice.**

Do you want a jury trial? **No.**

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on March 2nd, 2014
(date)

**NOTE:** ***Each*** *plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Signature(s) of Plaintiff(s)

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
)ss.:
COUNTY ONEIDA )

John W. Harris, being duly sworn deposes and says: That I have this 7th day of March, 2014, deposited in a mail box provided for inmates outgoing mail which is regularly maintained by the Department of Corrections and Community Supervision at Mid-State Correctional Facility, Marcy, New York, and served the following:

(1) Complaint under the Civil Rights Act 42 U.S.C 1983, (1) Cover-Sheet Civil, (1) Motion to Proceed in Forma Pauperis and Supporting Affirmation, (1) Authorization Prisoner's Civil Action Filing Fee: Exhibit #A, Grand Jury minutes, page's #6 and #7, Exhibit #B, N.Y.S. Criminal History Information, Exhibit #D Trial minutes, page #269, Exhibit #E Cover-Letter, and Plaintiff Cover-Letter.

TO:
United States Court
Clerk of Court
U.S. Courthouse
Two Niagara Square
Buffalo, New York 14202

Respectfully Submitted,

[signature]

Mid-State Correctional Facility
P.O. Box 2500
Marcy, New York 13403

SWORN TO BEFORE ME THIS
7th DAY OF March 2014

[signature]
NOTARY PUBLIC

NELSON KENNETH PHILLIP III
Notary Public - State of New York
No. 01NE6266681
Qualified in Oneida County
My Commission Expires 8/6/16

Exhibit = A



Grand Jury, November 21st 2011

clink and he spun around and I tackled him.

Q. At the time he was going through the former residence, the back of that area, was he still on the bike?

A. He bailed off the bike. He took the bike through the majority of the yard, what used to be the yard.

Q. Before or after observing him making the throwing motion?

A. Before.

Q. And so he was on foot when he made the throwing motion?

A. Yes.

Q. Did you observe anything in his hand?

A. No.

Q. What did you observe after he made the throwing motion?

A. After he made the throwing motion, I heard a metal on metal clink.

Q. What did you do then?

A. He turned back towards me, in my opinion because he thought he had nothing to get caught with, and I tackled him instantly.

Q. I'm going to show you what's been marked Grand Jury Exhibit 1, do you recognize that?

A. Yes, that is John Harris, whose birth date is 7/27/1949. I found that out because he had a previous

Exhibit-A



A Copy

with this one he Prejudice the Grand Jury proceeding

conviction for a gun.

Q. I'll instruct you, the previous record of the defendant in this case is relevant as it relates to one of the charges. You're not to consider it as character evidence for the defendant or propensity evidence. It's merely for the charge that I'll be giving you at the end of this case.

ADA was to stop the proceeding at this point

You indicated that John Harris is the name of the man you ran into on August 8th, 2011?

A. Yes, it is.

Q. And that was at approximately 2 o'clock in the morning?

Point

A. Correct.

Q. Okay. Once the defendant, once you caught the defendant in that rear yard area, what did you do with him?

A. He asked why he was under arrest. I explained that he was the person that was described menaced with the gun and he was under arrest for that.

Point

Q. How did he respond to your comment?

A. That he didn't have a gun. We, after searching the yard for quite a while, he spontaneously stated that he has a gun but that's not the one.

Hearsay

Bull Shit

Q. Okay. When the defendant said that, where was he when he made that statement to you?

Aug 8th 2011 Exhibit = B 1 copy
Ex = AA

95 MILLS ST, BUFFALO, NY
27 NAVEL ST, BUFFALO, NY
212 BOX ST, BUFFALO, NY
27 NAVEL AVENUE, BUFFALO, NY 14211
27 NAVEL ST, BUFFALO, NY 14211
543 RILEY ST, BUFFALO, NY
381 SWAN ST, BUFFALO, NY
503 SHERMAN, BUFFALO, NY
79 KRETTNER, BUFFALO, NY
86 GLENWOOD, BUFFALO, NY

| Sex: | Race: | Ethnicity: | SkinTone: |
|---|---|---|---|
| Male | Black | Not Hispanic/Unknown | Medium/Dark Brown/Dark |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Brown | Gray | 6' 00" | 150 |

DEFENDANT'S EXHIBIT A - 2 ev 1/9/13 LCC

**SSN:**
yes → 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 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 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

| NYSID#: | FBI#: | NCIC Classification: |
|---|---|---|
| 03486029M | 414362K11 | PO1614POPOPOPOPOPOPI |

**III status:** Criminal record in NYS only

**Alien Number:**

**Country of Deportation:**

**Country of Citizenship:** USA

**Deportation Date:**

**US Citizen:**

The Indictment is not a "True Bill" Dismiss it in the name of Justice

## Summary Information

**Name:** JOHN W HARRIS **Total Arrests:** 10
**Date of Earliest Arrest:** September 15, 1972 **Date of Last Arrest:** August 08, 2011

| Total Arrests Charges: | 21 |
|---|---|
| Felony: | 10 |
| Violent Felony: | 7 |
| Firearm: | 2 |
| Misdemeanor: | 11 |
| Other: | 0 |

| Total Convictions: | 7 |
|---|---|
| Felony: | 3 |
| Violent Felony: | 2 |
| Firearm: | 0 |
| Misdemeanor: | 2 |
| Other: | 2 |
| YO Adjudication(s): | 0 |

| Total Open Charges: | 7 |
|---|---|
| Felony Open Charges: | 3 |
| Open Misdemeanor(s): | 3 |
| Other Open Charges: | 1 |

What now? A lie have been told to the Grand Jury, is Justice call fun now?, or will it be over look again?

| Warrant Information: | |
|---|---|
| Failure to Appear Counts: | 0 |
| Open Warrants: | 0 |

| Revocation Counts: | |
|---|---|
| Probation: | 0 |
| Parole: | 2 |

| Miscellaneous: | |
|---|---|
| Escape Charges: | 0 |
| Sex Offender Convictions: | 0 |

## NYS Criminal History Information

### Cycle 14

**Violent Felony Offense**




A. Yes, sir.

Q. All right. Do you recall telling the grand jury in your answer which appears at the bottom of page 6: Yes, that is John Harris whose birthday is 7-27-49. I found that out because he had a previous conviction for a gun, unquote?

A. Yes, sir. I do recall saying that and now know that that is not completely the case. I ran his FRAP. I did know his birth date from running his FRAP. I knew that he had been arrested for assault first and second. And I believe through our conversations he led me to believe it was a gun, and it's my understanding now that it was stabbing.

Q. Is it fair to say you made a false statement to the grand jury?

A. It's fair to say that I made an incorrect statement. By no means was it done with any malintent.

MR. LO VALLO: Your Honor, may I move for a admission into evidence Defendant's Exhibit A marked for identification?

MR. MARCHE: Judge, I think I have to object to the admission of the grand jury testimony as a small portion was just used to impeach this witness and documents used solely for impeachment purposes are not admissible at the trial.

MR. LO VALLO: Your Honor, I actually addressed this witness both with respect to the ownership by Mr.

Copy

**ERIE COUNTY CORRECTIONAL FACILITY**

11581 Walden Avenue Alden, NY 14004

Dated: 8/12, 2012

Mr. John W. Harris
ICN# 7403
Ind no: 01761-2011

Hon. Kenneth F. Case J.C.C. Exhibit = C
Part #10, First Floor
25 Delaware Ave.
Buffalo, New York 14202-3903

Dear Hon. Case J.C.C.

Please find enclosed a copy of my Criminal History Form, page 3 of 17; dated: 8/8/2011.

The same is being mail out to my Attorney Timothy R. Lovallo and the Asst. DA. on my case Mr. Peter Marche.

The page "list total of Convictions: Firearm: NONE", making Officer, Ronald Ammerman, to the Grand Jury, Nov 21st 2011, as it is Stated: on Page #6, to 7; I Found that out because he had a Previous Conviction For a Gun, a Right-out-lie, wherefore he Prejudice the members of the Grand Jury minds.

Once Again I will say the Indictment is that and nothing else but Illegal, and once again, I will wait on your Ruling within this "Serious matter" now Aug 14th 2012, in Court.

I have given you argument before about the Indictment being that of Illegal and

1

FORM JMD 26

(OVER)

COPY

**ERIE COUNTY CORRECTIONAL FACILITY**

**11581 Walden Avenue Alden, NY 14004**

here I am once again.

1.) First the matter about the agreement of my waiving my right to C.P.L. 190.80 so that DNA-Testing could be done "Yes", I go Home, but Mr. Marche, took it on his own to take it to the Grand Jury.

2.) I argue the fact of the Transcripts of the Proceeding of Sept 14th 2011, being "FRAud," "Forge", wherefore you do not read where the Hon. John L. Michalski, is availing me of my Rights upon my waiving my right to C.P.L. 190.80, and by law he is required to do so. I am not a fool to waive a Right given to me by Law, and I am not going to get something out of it come on I am 63 year old man, with Criminal, Civil, Executive Law knowledge

3.) Now you have Officer Ronald Ammerman, "lying" to the Grand Jury under **OAth** to tell the Truth, "He Did Not" I always send copy to my family for keep safe.

Dated: 8/7, 2012

[signature]

Defendant / Signature

Sworn to before me on This 7th day of August, 2012

[signature]

Carol L. Caline

Notary Public

Notary Public State Of NY
Qualified in Erie County
My Commission Expires 3/30/14

4) I almost forgot about the Immunity issue claim.

CC: [illegible]

2

Dated: March 2nd, 2014.

Mr. John W. Harris, esq.
13 B 0140
Mid-State Corr. Facility
P.O. Box 2500
Marcy, New York 13403

United States District Court
Clerk of Court
U.S. Courthouse
Two Niagara Square
Buffalo, New York 14202

**Re: Harris v. Case, 1:12-cv-01044-RJA-HKS.**
**Harris v. Ammerman, 1:12-cv-01170-RJA-HBS.**
**Harris v. Marche, 1:12-cv-01080-RJA-HKS.**

Dear Hon. Clerk of Court

Please find enclosed my **New Cause of Action** to the above **THREE (3)** Complaint's under the **Civil Rights Act 42 U.S.C. 1983.** Since the filing of the above Action, which is still **"Pending by Laws and Statutes** wherefore the **Honorable Richard J. Arcara,** and the **Two (2) Magistrate Judge's,** who have the **Consent** to make a **Ruling** upon in the **Absence or Inability** of the **Honor Arcara, Have Not Make Anykind Of ORDER of DECISION,** as to this day.

I ask this Honorable Court to join this **New Cause of Action,** with the above Action that is still **"PENDING"** within this Honorable Court. Also since the filing of the above Action, I have received all of the **Transcipte (minutes)** and other **Document's** of all Plaintiff's, Proceeding under the **"Tainted Indictment" no: People v. John W. Harris, 01761-2011.** Also my Family have the same for my safed, and all other document's as well.

No other District Judge nor Magistrate Judge's, had the **Powers and Duties nor that of the Authority to make anykind of Order or Decision upon the Honor. Arcara, Docket's (case's), nor any other Magistrate Judge's, who did Not have the Consent sign by the**

**Plaintiff, for them to do so.** Wherefore the **THREE (3)** above Complaint's Docket's (case's) are still **"Pending By The Laws and Statutes** of this Great Nation, See also **Stump v. Sparkman,** cite as 435 U.S. 349, 355, 98 S.ct 1099 (U.S. ind. 1978), and **Mc Bryde v. U.S.,** cite as 299 F.3d 1357 (C.A. F.3d 2002).

**The Stakes for the Nation are High. When a Judge's cases are "TRANSFERRED" in Order to Change the RESULT, such ACTION "THEATEN", the Public's Right to an Independent Judiciary.**

See, **Mc Bryde v. U.S.** it is stated: **The Fifth Circuit issued the Writ, Holding that NEITHER Chief Judge Buchmeyer nor the Judicial Council "POSSESSED THE POWER TO "TRANSFER CASE'S, FROM A DISTRICT COURT JUDGE"** As stated above all **THREE (3) Docket's (case's) are Still Pending by Laws and Statutes,**

I declare under penlty of perjury that the foregoing is true and correct.

**Executed on** Mar 7th, 2014.

**Respectfully yours**

**John W. Harris, esq.**
**13 B 0140**

**cc: jwh.**
**Harris Family.**

**P.S. Please send me Form's for one (1) Defendant, 42 U.S.C.& 1983.**